UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RODERIC C. CATCHINGS                                                                     PETITIONER

v.                                                              CIVIL ACTION NO. 3:13cv396-DPJ-FKB

RONALD KING                                                                                RESPONDENT

ORDER

This cause came on this date to be heard upon the November 21, 2014 Report and Recommendation [18] of the United States Magistrate Judge, after referral of hearing by this Court.  Magistrate Judge Ball recommended dismissal of Cathings's petition for writ of habeas corpus.  Under Local Rule 72(a)(3), and as noted by Judge Ball in the Report and Recommendation, any objections to the Report and Recommendation were due to be filed within 14 days after being served with a copy.  To date, no objections have been filed.

The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed with prejudice.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 22nd day of December, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE